IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RODRICUS CARLTEZ HURST                                             PLAINTIFF

V.                                                        CAUSE NO.: 3:12cv027-SA

LEE COUNTY, MISSISSIPPI                                            DEFENDANT

## JUDGMENT IN A CIVIL ACTION

This action was decided by the undersigned judge on a Federal Rule of Civil Procedure 50 Motion for Judgment as a Matter of Law. Accordingly, judgment is hereby entered for the Defendant, and this action is dismissed on the merits.

SO ORDERED, this the 23rd day of July, 2013.

                                                 **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**